**JOHN DEE SPICER, TRUSTEE**
900 Jackson Street, Suite 560
Dallas, Texas 75202-4425
(214) 573-7331
[Fax] (214) 573-7399

Chapter 7 Bankruptcy Trustee
Northern District of Texas
Fort Worth Division
E-Mail: jspicer@chfirm.com

May 6, 2022

*VIA FIRST CLASS MAIL*
*AND VIA EMAIL:*

Mark B. French
Law Office of Mark B. French
1901 Central Drive, Suite 704
Bedford, TX 76021
marksndecf@markfrenchlaw.com

      *In re:* Ramin Ramon Samadi
             Bankruptcy Case No. 22-40056-elm7

Dear Mark:

      Relating to the referenced case, it appears that the Debtor's closely held entity (Ramin R. Samadi, M.D., P.A.) had approximately $74,000 on deposit at or around the date of the filing of the chapter 7 case (see attached bank statement [Bates Stamp 0530]). It is my understanding that the money in the entity account came from personal funds of the Debtor. It is my additional understanding that the referenced entity does not have any liabilities.

      It appears that I could request the return of the funds to the estate (treated as a loan) or, alternatively, liquidate the entity and distribute the liquidation proceeds to the estate. Therefore, I am requesting that Ramin R. Samadi, M.D., P.A. turnover to the estate the amount on deposit in its bank account as of the petition date (January 11, 2022). The check should be made payable to John Dee Spicer, Trustee and mailed to the address on my letterhead. I appreciate your attention to this matter.

Regards,

/s/ John Dee Spicer, Trustee     (by Leah Duncan Bundage with permission)
John Dee Spicer, Trustee

**Exhibit A**
**Page 1 of 1**