

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 11, 2022**

_____
**United States Bankruptcy Judge**
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § § § | |
| RAMIN RAMON SAMADI | § § | Case No. 22-40056-elm7 |
| Debtor. | § § § | No hearing requested. |

## AGREED ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION
## FOR TURNOVER OF PROPERTY OF THE ESTATE

Came on for consideration the **Chapter 7 Trustee's Motion for Turnover of Property of the Estate** (the "Motion") [Docket No. 46] filed by John Dee Spicer, Trustee (the "Trustee") and the Court having considered the Motion and noting that no responses have been filed to the Motion, and pursuant to the agreement between the Trustee and the above referenced debtor (the "Debtor") as reflected herein, orders as follows:

**ORDERED, ADJUDGED AND DECREED** that in the event and to the extent that it applies, the automatic stay under 11 U.S.C. § 362(a) is hereby terminated to allow the parties to effectuate the terms of this Agreed Order; it is further

**ORDERED** that the Debtor shall turnover the Non-Exempt Funds, as that term is defined in the Motion, on the payment terms set out below; it is further

**ORDERED** that the Debtor shall make payments to the Trustee of the Financial Assets, as that term is defined in the Motion, pursuant to the following payment plan: Within thirty (30) calendar days after the date of entry of this Agreed Order, the Debtor shall pay to the Trustee the amount of the Financial Assets; it is further

**ORDERED** that the Debtor shall make payments to the Trustee of the Tax Refunds, as that term is defined in the Motion, pursuant to the following payment plan: Within fourteen (14) calendar days after the receipt by the Debtor of the Tax Refunds, the Debtor shall pay to the Trustee the amount of any of the Tax Refunds received by the Debtor; it is further

**ORDERED** that the Debtor shall make payments to the Trustee of the value of the Professional Association, as that term is defined in the Motion, pursuant to the following payment plan: Within fourteen (14) calendar days after the date of entry of this Agreed Order the Debtor shall send an initial payment of $5,000.00 to the Trustee; thereafter, the Debtors shall send $1,500.00 per month (the "Monthly Payments") for thirty-five (35) months, with the first Monthly Payment due November 1, 2022 and the last Monthly Payment due September 1, 2025; thereafter, a final payment in the amount of $16,500.00, plus any amount of the Tax Refunds not previously paid to or received by the Trustee, is due on or before November 1, 2025; and it is further

**ORDERED** that the 14-day stay provided under Fed. R. Bankr. P. 4001(a)(3) shall not apply.

### ### END OF ORDER ###

Agreed to:

*/s/ Mark B. French*

Mark B. French
State Bar No. 07440600
Attorney for the Debtor
1901 Central Drive
Suite 704
Bedford, Texas 76021

**Explained, Read, Understood and Agreed:**

*/s/ Ramin R. Samadi*   9/15/2022

Ramin R. Samadi

*/s/ John Dee Spicer*

John Dee Spicer
Chapter 7 Trustee

Order drafted by:

John Dee Spicer
Chapter 7 Trustee
State Bar No. 18930500
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7300
Email: jdspicer@chfirm.com